UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC

2010 JAN 22 P 2: 56

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, as successor in interest to A.G. Edwards & Sons, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | CONSENT ORDER EXTENDING TIME FOR MOTION RESPONSES AND REPLIES |
| v. | ) ) ) | CIVIL ACTION NO. 4:08-CV-02349-TLW |
| FRANK J. BRAND, II, STEPHEN N. JONES, MARVIN E. SLAUGHTER and GEORGE W. STUKES | ) ) ) ) ) | |
| Defendants. | ) ) | |

Both Plaintiff and Defendants presently have motions pending before the Court. The Defendants' motion is Docket number 52 and the Plaintiff's motion has a corrected docket number of 56.

The parties have agreed that the time for Defendants' Response to Docket 56 and Reply in Support of Docket 52 should be extended to February 10, 2010. Likewise, the parties have agreed that the time to file Plaintiff's Reply in Support of Docket 56 should be extended to February 24, 2010.

The Court finds there is good cause to extend the filing deadlines as proposed by the parties. Accordingly, those deadlines are hereby approved.

IT IS SO ORDERED.

*Terry L. Wooten*

The Honorable Terry L. Wooten
United States District Judge

Dated:   January 22, 2010

WE SO MOVE:

| | |
|---|---|
| ROBINSON BRADSHAW & HINSON, P.A. | TURNER, PADGET, GRAHAM & LANEY, P.A |

s/Stephen M. Cox

/s/ J. Rene' Josey

---

Stephen M. Cox (Dist. Ct. ID No. 6913)
140 East Main Street, Suite 420
Rock Hill, South Carolina 29730
(803) 325-2910 (direct)
(803) 325-2929 (fax)

AND

Thomas E. Lydon (Dist. Ct. ID No. 1056)
700 Gervais Street, Suite 300
Columbia, South Carolina 09201-3061
Tel: (803) 779-2300
Fax: (803) 748-0526

AND

Kathryn L. Bedke, Esq.
(pro hac vice)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100 (telephone)
(212) 785-9099 (facsimile)

Attorneys for Plaintiff Wachovia Securities, LLC

J. Rene' Josey, Esquire (Dist. Ct. ID No. 1004)
1831 W. Evans Street, Fourth Floor
Post Office Box 5478
Florence, SC 29502-5478
Tel: (843) 656-4451
Fax: (843) 413-5818

Counsel for Defendants

Of counsel:

Joseph A. Dougherty, Esq.
Andrew J. Shapren, Esq.
Buchanan Ingersoll & Rooney PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone: (215) 665-5362
Facsimile: (215) 665-8760