## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| WACHOVIA SECURITIES, LLC, a Delaware Corporation and successor in interest to A.G. EDWARDS & SONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK J. BRAND, II, MARVIN SLAUGHTER, STEPHEN N. JONES, AND GEORGE W. STUKES, individuals, <br><br> Defendants. | CIVIL ACTION NO.08-02349-TLW |

## PLAINTIFF WACHOVIA SECURITIES, LLC'S
## REQUEST FOR ORAL ARGUMENT ON MOTION TO VACATE

Plaintiff Wachovia Securities, LLC now known as Wells Fargo Advisors, LLC ("Wachovia"), by and through its undersigned counsel, hereby requests that this Court grant oral argument on Wachovia's Motion To Vacate Arbitration Award filed in this action.

This 24th day of February, 2010.

ROBINSON, BRADSHAW & HINSON, P.A.

/s/ Stephen M. Cox
Stephen M. Cox
Fed. I.D. No. 6913
Benjamin A. Johnson
Fed. I.D. No. 2186
ROBINSON BRADSHAW & HINSON, P.A.
140 East Main Street, Suite 420
Rock Hill, South Carolina 29730
(803) 325-2900

MCANGUS GOUDELOCK & CURRIE, LLC
700 Gervais Street, Suite 300
Columbia, South Carolina 29211
(803) 779-2300

PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100