IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, a Delaware Corporation and successor in interest to A.G. EDWARDS & SONS, INC.,, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 08-2349-TLW |
| FRANK J. BRAND, II, MARVIN SLAUGHTER, STEPHEN N. JONES, AND GEORGE W. STUKES, individuals, | ) ) ) ) | |
| Defendants. | ) ) ) ) | **ORDER** |

Plaintiff Wachovia Securities, LLC now known as Wells Fargo Advisors, LLC, ("Wachovia"), has filed a motion for leave to submit supplemental briefs. (Doc. # 76). Wachovia requests that the parties each be granted leave to submit a supplemental brief not to exceed five pages limited solely to a discussion of the impact of the recently decided Fourth Circuit Court of Appeals case Raymond James Financial Services, Inc. v. Bishop, No. 09-1038 (4th Cir. Feb. 22, 2010). Defendants filed a response in opposition on March 29, 2010. (Doc. # 78). Defendants assert that the decision in no way alters the legal analyses set forth in the extensive briefs already filed before this Court. A Reply was filed on April 6, 2010. (Doc. # 79).

Wachovia shall have ten (10) days to file a supplemental brief not to exceed five pages. After Wachovia has filed its supplemental brief, Defendants shall have ten (10) days to file a response, if they choose to do so, not to exceed five pages.

**IT IS SO ORDERED**.

    s/Terry L. Wooten    
TERRY L. WOOTEN
United States District Judge

April 7, 2010
Florence, South Carolina