AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wachovia Securities, LLC, as successor in interest to A.G.Edwards & Sons, Inc., <br> *Plaintiff* <br> v. <br> Frank J. Brand, II, Stephen N. Jones, Marvin E. Slaughter, and George W. Stukes, <br> *Defendants* | ) <br> ) <br> ) Civil Action No.  4:08-CV-02349-TLW-JRM <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Arbitration Award issued on December 18, 2009 is confirmed and judgment is entered based upon that award.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge.  The Court has granted the Defendants' motion to confirm the arbitration award, denied Plaintiff's motion to vacate, declined to sanction Wachovia, denied request to join Stifel as a party and dismissed the preliminary injunction.

Date:   August 30, 2010

Larry W. Propes
*CLERK OF COURT*

s/ Penelope W. Roulston
*Signature of Clerk or Deputy Clerk*